UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | No. CR 12-62-LRR |
| v. | ) | |
| EMILY PROTSMAN, | ) | |
| Defendant, | ) | |
| and | ) | |
| LABOR READY, | ) | |
| Garnishee. | ) | |

FINAL ORDER IN GARNISHMENT

A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the Garnishee filed an Answer stating that at the time of the service of the Writ, Garnishee had in Garnishee's possession, custody or control personal property belonging to and due defendant, that defendant is employed by the Garnishee and earns regular wages from the Garnishee.

The defendant was notified of the right to a hearing and has not requested a hearing to determine exempt property.

Plaintiff filed a Motion for Entry of Final Order in Garnishment and for Recovery of Surcharge. No responsive pleading has been filed.

IT IS THEREFORE ORDERED Garnishee shall pay to plaintiff the lesser of a) 18% of defendant's disposable earnings for a period of 12 months, after which the

garnishment may increase up to 25% or b) the amount by which defendant's disposable earnings exceed 30 times the federal minimum hourly wage. "Disposable earnings" are those earnings remaining after deductions of any amount required by law to be withheld, such as social security and withholding taxes. These payments shall be made at the same time the employee is paid and shall continue until the debt to the plaintiff is paid in full or the Garnishee no longer has custody, possession or control of any property belonging to the debtor or until further Order of this Court. Payments shall be sent to the Clerk of Court, 111 Seventh Avenue, Box 12, Cedar Rapids, IA 52401.

IT IS FURTHER ORDERED that any amounts which the Garnishee may be holding pursuant to the Writ of Garnishment shall immediately be turned over to the United States Attorney at the above address.

*/s/ Linda R. Reade   1/29/15*
LINDA R. READE, CHIEF JUDGE
UNITED STATES DISTRICT COURT